IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DIONNE DIXON, et al.,

   Plaintiffs,

     v.

R. DAVID WARE
IN HIS INDIVIDUAL CAPACITY, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3922-TWT

ORDER

     This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 25] of the Magistrate Judge recommending denying the Defendants' Motion to Dismiss [Doc. 12]. The Defendants' Objections to the Report and Recommendation are without merit for the reasons set forth in the thorough and well-reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 12] is DENIED.

SO ORDERED, this 18 day of June, 2013.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge